IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARZA R. NELSON, | 1:07-cv-00802-LJO-SMS (PC) |
| Plaintiff, | |
| vs. | ORDER TO SUBMIT CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |
| SHEILA COSTELLO, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 28 U.S.C. §1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a copy of his prison trust account statement. However, the "Certificate" section of plaintiff's in forma pauperis application was not completed by a prison official and the copies of plaintiff's prison trust account statements were not certified. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to either pay the $350.00 filing fee or submit a completed application to proceed in forma pauperis, including a certified copy of his trust account statement.

-1-

1  In accordance with the above, IT IS HEREBY ORDERED that within **thirty (30)
2  days** of the date of service of this order, plaintiff shall file a completed in forma pauperis
3  application, along with a certified copy of his prison trust account statement for the six month
4  period immediately preceding the filing of the complaint, or in the alternative, pay the $350.00
5  filing fee for this action. Failure to comply with this order will result in a recommendation that
6  this action be dismissed.

8  IT IS SO ORDERED.
9  **Dated:   June 14, 2007**              /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE