# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARZA R. NELSON, | CASE NO. 1:07-cv-00802-LJO-SMS PC |
| Plaintiff, | ORDER DENYING MOTION FOR SERVICE AS MOOT |
| v. | (Doc. 7) |
| SHEILA COSTELLO, et al., | |
| Defendants. | |

Plaintiff Tarza R. Nelson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 25, 2007, plaintiff filed a motion seeking service of process by the United States Marshal due to his indigency and incarceration. Because plaintiff is proceeding in forma pauperis, he is automatically entitled to service by the Marshal. Therefore, plaintiff's motion is moot. 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(2). Plaintiff is directed to review the First Informational Order, issued concurrently with this order, for information regarding when service will be ordered in this case.

Based on the foregoing, plaintiff's motion for service by the Marshal is HEREBY DENIED as moot.

IT IS SO ORDERED.

**Dated:   July 26, 2007**         /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

1