IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TARZA R. NELSON,

        Plaintiff,               CV F 07 0802 LJO SMS P

  vs.                            ORDER RE MOTION (DOC 13)

SHEILA COSTELLO, et al.,

        Defendants.

Plaintiff has filed a motion for leave to file a second amended complaint. Good cause appearing, Plaintiff is granted leave to file a second amended complaint. Plaintiff is cautioned that he should set forth all of his legal claims and allegations in the second amended complaint. The court will not consider any other pleadings in order to make the second amended complaint complete.

Attached to plaintiff's complaint are several exhibits, some of which appear to be original documents. It is inappropriate to attach exhibits to a complaint. See Rule 8, Federal Rules of Civil Procedure. Further, the court cannot serve as a repository for the parties' evidence. Originals or copies of evidence (i.e., prison or medical records, witness affidavits, etc.) should not be submitted until the course of litigation brings the evidence into question (for example, on a motion for summary judgment, at trial, or when requested by the court).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to file a second amended complaint is granted. Plaintiff is granted thirty days from the date of service of this order in which to file a second amended complaint.

2. The Clerk's Office is directed to return to Plaintiff the exhibits attached to his motion.

IT IS SO ORDERED.

**Dated:   January 25, 2008**                         /s/ Sandra M. Snyder
                                                     UNITED STATES MAGISTRATE JUDGE