# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARZA R. NELSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHEILA COSTELLO, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-00802-LJO-SMS PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 1) |

　　　　Plaintiff Tarza R. Nelson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on June 1, 2007. The court has reviewed plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and finds that service of the complaint on defendants for violation of 38 U.S.C. § 5301(a) is appropriate. Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Bell Atlantic Corp. v. Twombly, 127 S.Ct. 1955, 1965 (2007); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Nelson v. Heiss, 271 F.3d 891 (9th Cir. 2001). Accordingly, it is HEREBY ORDERED that:

　　　　1.　　Service is appropriate for the following defendants:

　　　　　　　　SHEILA COSTELLO

　　　　　　　　S. BURNIAS

　　　　　　　　KEN CLARK

　　　　　　　　WENDY STILL

　　　　　　　　LEANN CHRONES

　　　　　　　　L. POLK

2. The Clerk of the Court shall send plaintiff six (6) USM-285 forms, six (6) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed June 1, 2007.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Seven (7) copies of the endorsed complaint filed June 1, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the initiation of service pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   February 29, 2008**              /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE