# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARZA R. NELSON, | CASE NO. 1:07-cv-00802-LJO-SMS PC |
|     Plaintiff, | ORDER GRANTING MOTION FOR ISSUANCE OF AMENDED SCREENING ORDER |
|     v. | |
| SHEILA COSTELLO, et al., | (Doc. 16) |
|     Defendants. | ORDER DIRECTING CLERK'S OFFICE TO FILE IN SECOND AMENDED COMPLAINT LODGED ON JANUARY 24, 2008, LODGED ON JANUARY 24, 2008 IN CASE NUMBER 1:07-CV-00933 |
| | ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COURTESY COPY OF SECOND AMENDED COMPLAINT AND DOCKETS IN THIS CASE AND CASE NUMBER 1:07-CV-00933 |

      Plaintiff Tarza R. Nelson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. On March 3, 2008, the Court issued an order finding service of Plaintiff's original complaint, filed June 1, 2007, appropriate. On March 12, 2008, Plaintiff filed a motion requesting that the Court correct the record and issue an amended order. In his motion, Plaintiff states that he submitted an amended complaint on October 31, 2007, and re-submitted the amended complaint with a motion seeking leave to amend on January 15, 2008.

      The Court has reviewed the record in this case and an amended complaint was filed on November 5, 2007. Further, a motion seeking leave to amend was filed on January 24, 2008. However, a second amended complaint was not attached to the motion. It has come to the Court's

attention that Plaintiff is proceeding in a duplicative action, case number 1:07-cv-00933-OWW-DLB. Pending in that case is a motion seeking leave to amend filed January 24, 2008, and a lodged amended complaint. The Court has reviewed the lodged amended complaint and finds it to be the amended complaint referred to by Plaintiff in this action.

Because case number 1:07-cv-00933-OWW-DLB is duplicative and was filed after this case, it shall be administratively closed by separate order. The amended complaint lodged in that case shall be filed in this case and shall be referred to as the second amended complaint.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion for the issuance of an amended screening order, filed March 12, 2008, is GRANTED;

2. The Clerk's Office shall file the second amended complaint lodged in case number 1:07-cv-00933 in this case; and

3. The Clerk's Office shall send Plaintiff (1) a courtesy copy of the second amended complaint, (2) a copy of the docket in this case, and (3) a copy of the docket in case number 1:07-cv-00933.

IT IS SO ORDERED.

**Dated:   July 10, 2008**                           /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE