# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARZA R. NELSON,<br><br>            Plaintiff,<br><br>     v.<br><br>SHEILA COSTELLO, et al.,<br><br>            Defendants.<br>                                                              / | CASE NO. 1:07-cv-00802-LJO-SMS PC<br><br>AMENDED ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |

Plaintiff Tarza R. Nelson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on June 1, 2007. The Court has reviewed Plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A, and finds that service of the complaint on Defendants for violation of 38 U.S.C. § 5301(a) is appropriate. Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Bell Atlantic Corp. v. Twombly, 127 S.Ct. 1955, 1965 (2007); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Nelson v. Heiss, 271 F.3d 891 (9th Cir. 2001). Accordingly, it is HEREBY ORDERED that:

   1.   Service is appropriate for:

        SHEILA COSTELLO

        S. BURNIAS

        KEN CLARK

        WENDY STILL

        LEANN CHRONES

|   |   |   |
|---|---|---|
| 1 |   | L. POLK |
| 2 |   | A. KING |
| 3 |   | MONICA JORDAN |

2. The Clerk of the Court shall send Plaintiff eight (8) USM-285 forms, eight (8) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Nine (9) copies of the endorsed second amended complaint.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the initiation of service pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   July 10, 2008**            /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE