# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARZA R. NELSON, | CASE NO. 1:07-cv-00802-LJO-SMS PC |
| Plaintiff, | ORDER ADDRESSING AND RESOLVING REQUEST FOR RELIEF BROUGHT VIA PETITION FOR WRIT OF MANDATE |
| v. | |
| SHEILA COSTELLO, et al., | (Doc. 17) |
| Defendants. | |

Plaintiff Tarza R. Nelson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. On June 13, 2008, Plaintiff filed a petition for writ of mandate in which he requests that the undersigned address his motion filed on March 12, 2008, and provide him with a copy of the amended complaint filed on January 15, 2008.

In a separate order issued concurrently with this order, the Court granted Plaintiff's motion filed on March 12, 2008, and the Clerk's Office was directed to provide Plaintiff with a copy of the second amended complaint and a copy of the docket.

///
///
///
///
///
///
///

1 | Accordingly, by this order and the separate order granting Plaintiff's motion of March 12,
2 | the relief requested by Plaintiff via his petition for writ of mandate, filed June 13, 2008, is HEREBY
3 | DEEMED ADDRESSED and RESOLVED.

IT IS SO ORDERED.

**Dated:   July 10, 2008**                              /s/ Sandra M. Snyder
                                                        UNITED STATES MAGISTRATE JUDGE