# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARZA R. NELSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SHEILA COSTELLO, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-00802-LJO-SMS PC<br><br>ORDER DENYING PETITION FOR WRIT OF MANDAMUS, WITH PREJUDICE, AS MOOT<br><br>(Doc. 22) |

On July 18, 2008, Plaintiff Tarza R. Nelson filed a petition for writ of mandamus. (Doc. 22.) In light of the Court's orders filed on July 10, 2008, and July 11, 2008, Plaintiff's petition is HEREBY DENIED, with prejudice, as moot.[1] (Docs. 18, 20, 21.) The Court expresses no opinion on the propriety of Plaintiff's attempt to seek the relief sought via a petition for writ of mandamus.

IT IS SO ORDERED.

Dated:   July 24, 2008　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff served his petition on July 13, 2008, and was apparently not yet in receipt of the Court's recent orders.

1