# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARZAR R. NELSON, | ) |
| Plaintiff, | ) No. 1:07-cv-0802-GMS |
| vs. | ) |
| SHEILA COSTELLO, et al., | ) **ORDER** |
| Defendants. | ) |

The Court has received Plaintiff's Motion/Request for Judgment (Dkt. # 33). After consideration, and in light of Defendants having filed an answer,

**IT IS HEREBY ORDERED** denying the motion.

DATED this 19th day of February, 2009.

_____
G. Murray Snow
United States District Judge