IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARZAR R. NELSON,<br><br>           Plaintiff,<br><br>vs.<br><br>SHEILA COSTELLO, et al.,<br><br>           Defendants. | No. 1:07-cv-0802-GMS<br><br>**ORDER** |

Pending before the Court is Defendants' Motion to Compel the Defendants to Provide Production of Documents, and Answer Request for Admissions (Dkt. # 51) and Response thereto (Dkt. 53). Plaintiff having received what appears to be complete responses to her discovery requests,

**IT IS THEREFORE ORDERED** denying the motion as moot.

DATED this 17th day of August, 2009.

_____
G. Murray Snow
United States District Judge