IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TARZAR R. NELSON, | ) | |
| | ) | No. 1:07-cv-0802-GMS |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| SHEILA COSTELLO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

After review of the docket, the Court notes that no dispositive motions were filed in this action. Therefore, this action is deemed ready for mediation and/or trial. Accordingly,

**IT IS HEREBY ORDERED** setting a **telephonic** status conference for **February 24, 2010 at 2:00 p.m.** before the Honorable G. Murray Snow. The parties are directed to call (602) 322-7650.

DATED this 10th day of February, 2010.

_____
G. Murray Snow
United States District Judge