UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARZA R. NELSON, | No. 1:07-cv-0802-GMS |
| Plaintiff, | <u>ORDER</u> |
| vs. | |
| SHEILA COSTELLO, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion/Request for Telephonic Final Pretrial Conference to be Rescheduled (Dkt. # 68). By separate Order the Court has scheduled a settlement conference on this matter, therefore,

**IT IS HEREBY ORDERED** vacating the Final Pretrial Conference currently scheduled for June 24, 2010.

DATED this 4th day of June, 2010.

_____
G. Murray Snow
United States District Judge