UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TARZA R. NELSON,                              No. 1:07-cv-0802-GMS

      Plaintiff,                              ORDER

  vs.

SHEILA COSTELLO, et al.,

      Defendants.
_____/

    Plaintiff is proceeding pro se with an action under 42 U.S.C. § 1983. This case will be referred to District Judge Morrison C. England, Jr., to conduct a settlement conference on August 20, 2010, at 9:00 a.m. (Pacific Time) at the U. S. District Court, 501 I Street, Sacramento, California in Courtroom #7. Plaintiff is to appear by video conference from the U. S. District Court, Western District of Louisiana, 300 Fannin Street, Shreveport, Louisiana. Upon arrival, Plaintiff should contact the Clerk's Office's Network Manager, Jeanne Guilhas.

    In accordance with the above,

    **IT IS HEREBY ORDERED that:**

    1. This case is set for a settlement conference before District Judge Morrison C. England, Jr. on **August 20, 2010, at 9:00 a.m. (Pacific Time)** at the U.S. District Court, 501 I Street, Sacramento, in Courtroom #7.

2. Parties shall appear with full settlement authority. Defendants' lead counsel and a person with full and unlimited authority to negotiate and enter into a binding settlement on defendants' behalf shall attend. The failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions.

3. The parties are directed to provide confidential settlement conference statements to Sujean Park, ADR and Pro Bono Program Director, 501 I Street, Suite 4-200, Sacramento, California 95814, or via email at spark@caed.uscourts.gov, so that they arrive no later than **August 6, 2010**.

4. The Clerk of the Court is directed to serve a copy of this order on Jeanne Guilhas, Network Manager, U. S. District Court for the Western District of Louisiana, 300 Fannin Street, Suite 1167, Shreveport, Louisiana 71101.

DATED this 4th day of June, 2010.

_G. Murray Snow_
United States District Judge