IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARZAR R. NELSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SHEILA COSTELLO, et al.,<br><br>　　　　Defendants. | No. 1:07-cv-0802-GMS<br><br>**ORDER SETTING TRIAL** |

A Final Pretrial Conference was held on October 29, 2010. Plaintiff appeared on his own behalf and Counsel appeared on behalf of Defendant. On the basis of the parties' written submissions and the hearing,

**IT IS HEREBY ORDERED:**

1. Trial in this matter shall begin on **January 25, 2011 at 9:00 a.m.**

2. The trial shall last no more than **2-1/2 days** (January 25-27, 2011). Plaintiff shall be allotted **6-1/2 hours** of trial time and Defendants shall be allotted **6-1/2 hours** of trial time. The Court will keep track of each side's time. Opening and closing statements, direct examination, and cross-examination shall be counted against the parties' allotted time.

3. A final conference shall be held on **January 25, 2011 at 8:00 a.m.** in Courtroom One, 8th Floor, Robert E. Coyle Courthouse, United States District Court, 2500 Tulare Street, Fresno, California, 93721.

4. The parties are to submit a final pretrial order with additional information as ordered by the Court prior to **November 22, 2010**.

5. The Court addressed Defendants' Motions in Limine to Preclude Plaintiff from Offering Expert Testimony Concerning His Claim for Emotional Damages (Doc.77) is **granted in part and denied in part**. Plaintiff will not be allowed to offer expert opinion testimony as to his emotional condition but will be allowed to testify as to his own perceptions of that condition. Defendants' Motion in Limine to Exclude Non-Party Witnesses from Courtroom Prior to Testifying (Doc. 78) is **granted**.

6. There will be **[7]** jurors, and the jury will be instructed after closing arguments.

7. The original and five copies of all trial exhibits along with exhibit lists shall be submitted to Courtroom Deputy Michelle Rooney no later than **five days prior to trial**. Original for the Courtroom Deputy, one copy for the undersigned, one copy for the court reporter, one copy for the witness stand, one copy for the opposing side, and one copy to be retained by the party. Plaintiff's exhibits shall be pre-marked with the prefix "PX" and numbered sequentially beginning with 100 (e.g., PX-100, PX-101, etc.). Defendant's exhibits shall be pre-marked with the prefix "DX" and lettered sequentially beginning with A (e.g., DX-A, DX-B, etc.).

DATED this 2nd day of November, 2010.

_____
G. Murray Snow
United States District Judge