UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARZA R. NELSON,<br><br>     Plaintiff,<br><br>  vs.<br><br>SHEILA COSTELLO, et al.,<br><br>     Defendants.<br>_____/ | No. 1:07-cv-0802-GMS<br><br>ORDER |

Pursuant to the parties' Stipulation for Voluntary Dismissal with Prejudice (Doc. 92), and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this action with prejudice.

DATED this 4th day of January, 2011.

_____
G. Murray Snow
United States District Judge

1